FILED

2008 JUL -7 PM 12: 20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HON. NITA L. STORMES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08MJ1886 |
| Plaintiff, ) | |
| ) | ORDER TO ALLOW LEGAL VISIT |
| vs. ) | |
| ) | |
| ASHLEY BROOKE THOMPSON., ) | |
| Defendant. ) | |

This court, having been advised that Alvarado Parkway Institute, at 7050 Parkway Drive, La Mesa, California, currently has custody of the above-named Ashley Brooke Thompson (aka Lukin) who is before this court being charged with violation of United States Code, Section 1324, and her counsel, Stephen W. Peterson, having the need to consult with her in this matter, requires that her counsel have access to her in order to consult with her in this matter.

Therefore, it is hereby ordered that Attorney Stephen W. Peterson be allowed to visit her during normal visiting hours at Alvarado Parkway Institute during the pendency of her case or the termination of her residency at said facility, whichever occurs first.

**SO ORDERED.**

DATED: 7-7-08

_____
NITA L. STORMES
United States Magistrate Judge